UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 5, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA



| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00079-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JONATHAN MATTHEW CURL | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JONATHAN MATTHEW CURL</u> Case No. <u>2:24-cr-00079-TLN</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

    X    Release on Personal Recognizance and Pretrial Supervision

    _____    Bail Posted in the Sum of $ _____

        _____    Unsecured Appearance Bond $ _____

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

        _____    (Other):

Issued at Sacramento, California on April 5, 2024 at 2:00 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney